**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MARK BOWEN, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 08 C 12 |
| | ) | |
| vs. | ) | |
| | ) | Judge Dow |
| EQUIFAX INFORMATION SERVICES, LLC, | ) | |
| | ) | Magistrate Judge Schenkier |
| Defendant. | ) | |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
LOCAL RULE 3.2 STATEMENT**

COMES NOW Equifax Information Services LLC ("Equifax"), by counsel, and

hereby files its Local Rule 3.2 Disclosure Statement as follows:

Equifax Inc., which is the parent company of the defendant, is publicly traded on

the New York Stock Exchange.

Respectfully submitted,

EQUIFAX INFORMATION SERVICES LLC

By: ___s/ Carina M. Segalini_____
                    One of their Attorneys

Stephanie D. Cope
KING & SPALDING LLP
1180 Peachtree Street N.E.
Atlanta, Georgia  30309-3521
(404) 572-4600
Fax:  (404) 572-5100
scope@kslaw.com
*Lead Counsel for Equifax Information Services, LLC*

John J. Curry, Jr.
Carina M. Segalini
POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
180 N. Stetson Avenue, Suite 4525
Chicago, Illinois 60601
(312) 819-1900
*Local Counsel for Equifax Information Services, LLC*

US1900 9157392.1

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned, being first duly sworn on oath, deposes and says that the

foregoing **DEFENDANT EQUIFAX INFROMATION SYSTMES LLC'S L.R. 3.2**

**DISCLOSURE STATEMENT** was served upon the following named parties or counsel

of record:

Larry P. Smith, Esq.
LARRY P. SMITH & ASSOCIATES, LTD.
205 North Michigan Avenue, 40th Floor
Chicago, IL 60601
Telephone: (312) 222-9028
Facsimile (312) 602-3911
Attorneys for Plaintiffs

by the Court's CM/ECF system on this 3rd day of March, 2008.


                                        s/ Carina M. Segalini
                          _____
                                 CARINA M. SEGALINI


Stephanie D. Cope
KING & SPALDING LLP
1180 Peachtree Street N.E.
Atlanta, Georgia  30309-3521
(404) 572-4600
Fax:  (404) 572-5100
scope@kslaw.com
*Lead Counsel for Equifax Information Services, LLC*

John J. Curry, Jr.
Carina M. Segalini
POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
180 N. Stetson Avenue, Suite 4525
Chicago, Illinois 60601
(312) 819-1900
*Local Counsel for Equifax Information Services, LLC*

2

US1900 9157392.1