**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MARK BOWEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Civil Action No. |
| | ) |
| EQUIFAX INFORMATION SERVICES, LLC, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF FILING**

Ms. Stephanie Cope
King & Spaulding
1180 Peachtree Street, NE
Atlanta GA 30309
Email: scope@kslaw.com

PLEASE TAKE NOTICE THAT On March 20, 2008, there was filed in the United States District Court for the Northern District of Illinois, a **Motion to Dismiss,** a copy of which is attached hereto and herewith served upon you.

| | |
|---|---|
| Name: | LARRY P. SMITH & ASSOCIATES, LTD. |
| Attorneys For: | Plaintiff |
| Address: | 205 N. Michigan Ave, Suite 4000 |
| City: | Chicago, Illinois 60601 |
| Telephone: | (312) 222-9028 |

**PROOF OF SERVICE**

I, the undersigned, an attorney, certify that I served this notice by *e-mailing* a copy to the above named parties before 5:00 p.m. on March  20 , 2008 from 205 N. Michigan Avenue, Suite 4000, Chicago, Illinois 60601.

By: ____/s Larry P. Smith_____
       Attorney for Plaintiff